1 **ERICK L. GUZMAN**
California Bar No. 244391
2 FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3 San Diego, California 92101-5008
Telephone: (619) 234-8467
4 erick_guzman@fd.org

5 Attorneys for Mr. Guzman-Sosa

6

7

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10                 **(HONORABLE ANTHONY J. BATTAGLIA)**

11 UNITED STATES OF AMERICA,        ) Case No. 08MJ1524-01 (AJB)
                                    ) Date: June 3, 2008
12                                  ) Time: 1:30 p.m.
             Plaintiff,             )
13                                  ) MOTION FOR ORDER SHORTENING TIME
             v.                     )
14                                  )
   SERGIO GUZMAN-SOSA,              )
15                                  )
             Defendant.             )
16                                  )

17 TO:   KAREN P. HEWITT, UNITED STATES ATTORNEY, AND
         W. MARK CONOVER, ASSISTANT UNITED STATES ATTORNEY:
18

19      Defendant Sergio Guzman-Sosa, by and through counsel, Erick L. Guzman and Federal Defenders

20 of San Diego, Inc., hereby moves this Court for an order shortening time in which defendant may file his

21 Notice of Motion and Motion to Preserve Evidence. The reason for this application is that defense counsel

22 was just recently appointed as counsel on this case on May 19, 2008.

23 //

24 //

25 //

26 //

27 //

28

1  A courtesy copy has been provided to Assistant United States Attorney, W. Mark Conover.

2  Respectfully submitted,

3

4
Dated: May 28, 2008          */s/ Erick L. Guzman*
5                            **ERICK L. GUZMAN**
                             Federal Defenders of San Diego, Inc.
                             Attorneys for Mr. Guzman-Sosa
6                            erick_guzman@fd.org