**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

**MARK CONOVER**
mark.conover@usdoj.gov; efile.dkt.gc1@usdoj.gov

Dated: May 28, 2008    */s/ Erick Guzman*
ERICK L. GUZMAN
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467  (tel)
(619) 687-2666  (fax)
e-mail: erick_guzman@fd.org