1
2
3
4
5
6
7
8                       UNITED STATES DISTRICT COURT
9                      SOUTHERN DISTRICT OF CALIFORNIA
10                      **(HONORABLE ANTHONY J. BATTAGLIA)**

| | | |
|---|---|---|
| 11 UNITED STATES OF AMERICA, | ) | Case No. 08mj1524-01 (AJB) |
| 12          Plaintiff, | ) ) | ORDER SHORTENING TIME |
| 13     v. | ) ) | |
| 14 SERGIO GUZMAN-SOSA, | ) ) | |
| 15          Defendant. | ) ) | |

17     **IT IS HEREBY ORDERED** that time for Defendant to file his Motion in this case be
18 shortened, with the Preliminary Hearing to be held on June 3, 2008 at 1:30 p.m.
19     **IT IS SO ORDERED**.
20
21 DATED: May 29, 2008
22
                                    _____
                                    Hon. Anthony J. Battaglia
23                                  U.S. Magistrate Judge
                                    United States District Court
24
25
26
27
28