1  **ERICK L. GUZMAN**
   California State Bar No. 244391
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
   225 Broadway, Suite 900
3  San Diego, California 92101-5008
   Telephone: (619) 234-8467
4  E-mail: erick_guzman@fd.org

5  Attorneys for Mr. Guzman-Sosa

6

7

8              UNITED STATES DISTRICT COURT

9            SOUTHERN DISTRICT OF CALIFORNIA

10          **(HONORABLE ANTHONY J. BATTAGLIA)**

11  UNITED STATES OF AMERICA,        )   Case No.: 08MJ1524-01 (AJB)
                                     )
12                 Plaintiff,        )   Date:    June 3, 2008
                                     )   Time:    1:30 p.m.
13  v.                               )
                                     )   **NOTICE OF MOTION AND MOTION TO:**
14  SERGIO GUZMAN-SOSA,              )
                                     )   **(1) PRESERVE EVIDENCE.**
15                 Defendant.        )
    ─────────────────────────────── )   ───────────────────────────────────

16
    TO:      KAREN P. HEWITT, UNITED STATES ATTORNEY; AND
17           W. MARK CONOVER, ASSISTANT UNITED STATES ATTORNEY:

18       **PLEASE TAKE NOTICE** that on June 3, 2008, at 1:30 p.m., or as soon thereafter as counsel may

19  be heard, the accused, Sergio Guzman-Sosa, by and through his attorneys, Erick L. Guzman and Federal

20  Defenders of San Diego, Inc., will ask this Court to enter an order granting the motions outlined below.

21

22

23

24

25

26

27

28

**MOTION**

Defendant, Mr. Guzman-Sosa, by and through his attorneys, Erick L. Guzman and Federal Defenders of San Diego, Inc., pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law and local rules, hereby moves this Court for an order to:

(1)  Preserve Evidence.

This motion is based upon the instant motion and notice of motion, the attached statement of facts and memorandum of points and authorities, and any and all other materials that may come to this Court's attention at or before the time of the hearing on this motion.

Respectfully submitted,


Dated: May 29, 2008                       _/s/ Erick L. Guzman_____
                                          **ERICK L. GUZMAN**
                                          Federal Defenders of San Diego, Inc.
                                          Attorneys for Mr. Guzman-Sosa
                                          erick_guzman@fd.org