UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>SERGIO GUZMAN-SOSA,<br><br>　　　　　Defendant. | Case No. 08mj1524-01 (AJB)<br><br>CERTIFICATE OF SERVICE |

　　　　Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of his information and belief, and that a copy of the foregoing Defendant's Notice of Motion and Motion has been electronically served this day upon:

　　　　W. Mark Conover
　　　　U.S. Attorney's Office
　　　　880 Front Street
　　　　San Diego, CA  92101


Dated:  May 29, 2008　　　　　　　　　　　　/s/  Erick  L.  Guzman
　　　　　　　　　　　　　　　　　　　　　　ERICK L. GUZMAN
　　　　　　　　　　　　　　　　　　　　　　Federal Defenders
　　　　　　　　　　　　　　　　　　　　　　225 Broadway, Suite 900
　　　　　　　　　　　　　　　　　　　　　　San Diego, CA 92101-5030
　　　　　　　　　　　　　　　　　　　　　　(619) 234-8467  (tel)
　　　　　　　　　　　　　　　　　　　　　　(619) 687-2666  (fax)
　　　　　　　　　　　　　　　　　　　　　　erick_guzman@fd.org